**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   LAUREN J. DECHELLIS

      Debtor(s)

Ronda J. Winnecour
     Movant
   vs.
No Respondents.

Case No.:21-22143 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 09/30/2021  and confirmed on 10/27/2021 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,355.50 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,350.50 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,015.11 | |
| Trustee Fee | 271.31 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,286.42 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I | 0.00 | 5,931.99 | 0.00 | 5,931.99 |
| Acct: 4997 | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I | 33,111.03 | 1,132.09 | 0.00 | 1,132.09 |
| Acct: 4997 | | | | |
| | | | | 7,064.08 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAUREN J. DECHELLIS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAUREN J. DECHELLIS | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 2,015.11 | 0.00 | 0.00 |
| Acct: | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I | 950.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4997 | | | | |

* * * N O N E * * *

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9180 | | | | |
| CITIZENS BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1897 | | | | |
| PENDRICK CAPITAL PARTNERS LLC | 974.59 | 0.00 | 0.00 | 0.00 |
| Acct: IGDB | | | | |
| PENDRICK CAPITAL PARTNERS LLC | 529.40 | 0.00 | 0.00 | 0.00 |
| Acct: 1133 | | | | |
| PENDRICK CAPITAL PARTNERS LLC | 279.75 | 0.00 | 0.00 | 0.00 |
| Acct: 1135 | | | | |
| PENDRICK CAPITAL PARTNERS LLC | 974.59 | 0.00 | 0.00 | 0.00 |
| Acct: 0990 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7969 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3569 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8930 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4335 | | | | |
| FINANCE SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2026 | | | | |
| FINANCE SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2025 | | | | |
| GAIL E SUHR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HUNTINGTON NATIONAL BANK(*) | 7,336.80 | 0.00 | 0.00 | 0.00 |
| Acct: 9705 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 3,812.11 | 0.00 | 0.00 | 0.00 |
| Acct: 2016 | | | | |
| USCB CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2601 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 378.75 | 0.00 | 0.00 | 0.00 |
| Acct: 8311 | | | | |
| UPMC HEALTH SERVICES | 1,778.87 | 0.00 | 0.00 | 0.00 |
| Acct: 5678 | | | | |
| WEST PENN POWER* | 5,073.67 | 0.00 | 0.00 | 0.00 |
| Acct: 6859 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4248 | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                      7,064.08

TOTAL CLAIMED
PRIORITY                    950.00
SECURED                  33,111.03
UNSECURED                21.138.53


Date: 12/08/2022                                              /s/ Ronda J. Winnecour

                                                             RONDA J WINNECOUR PA ID #30399
                                                             CHAPTER 13 TRUSTEE WD PA
                                                             600 GRANT STREET
                                                             SUITE 3250 US STEEL TWR
                                                             PITTSBURGH, PA  15219
                                                             (412) 471-5566
                                                             cmecf@chapter13trusteewdpa.com