Case 21-22143-JAD    Doc 44    Filed 04/13/23    Entered 04/13/23 13:57:43    Desc Main
Document    Page 1 of 3

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LAUREN J. DECHELLIS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:21-22143 JAD<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/30/2021 and confirmed on 10/27/2021 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,355.50 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,355.50 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,015.11 | |
|     Trustee Fee | 271.31 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,286.42 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ROCKET MORTGAGE LLC FKA QUICKEN I | 0.00 | 5,931.99 | 0.00 | 5,931.99 |
|     Acct: 4997 | | | | |
|   ROCKET MORTGAGE LLC FKA QUICKEN I | 33,111.03 | 1,132.09 | 0.00 | 1,132.09 |
|     Acct: 4997 | | | | |
| | | | | 7,064.08 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAUREN J. DECHELLIS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAUREN J. DECHELLIS | 5.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 2,015.11 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROCKET MORTGAGE LLC FKA QUICKEN I | 950.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4997 | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
|     Acct: XXXXXXXXXXXXXXXXX2143 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 5.00 |
| Unsecured | | | | |
|   CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9180 | | | | |
|   CITIZENS BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1897 | | | | |
|   PENDRICK CAPITAL PARTNERS LLC | 974.59 | 0.00 | 0.00 | 0.00 |
|     Acct: IGDB | | | | |
|   PENDRICK CAPITAL PARTNERS LLC | 529.40 | 0.00 | 0.00 | 0.00 |
|     Acct: 1133 | | | | |
|   PENDRICK CAPITAL PARTNERS LLC | 279.75 | 0.00 | 0.00 | 0.00 |
|     Acct: 1135 | | | | |
|   PENDRICK CAPITAL PARTNERS LLC | 974.59 | 0.00 | 0.00 | 0.00 |
|     Acct: 0990 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7969 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3569 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8930 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4335 | | | | |
|   FINANCE SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2026 | | | | |
|   FINANCE SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2025 | | | | |
|   GAIL E SUHR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 7,336.80 | 0.00 | 0.00 | 0.00 |
|     Acct: 9705 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 3,812.11 | 0.00 | 0.00 | 0.00 |
|     Acct: 2016 | | | | |
|   USCB CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2601 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 378.75 | 0.00 | 0.00 | 0.00 |
|     Acct: 8311 | | | | |
|   UPMC HEALTH SERVICES | 1,778.87 | 0.00 | 0.00 | 0.00 |
|     Acct: 5678 | | | | |
|   WEST PENN POWER* | 5,073.67 | 0.00 | 0.00 | 0.00 |
|     Acct: 6859 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4248 | | | | |
|   GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

***NONE***

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 7,069.08 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 955.00 |
| SECURED | 33,111.03 |
| UNSECURED | 21.138.53 |

Date: 04/13/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com