# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Lauren J. DeChellis**<br>                    **Debtor(s)**<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc..**<br>                    **Movant**<br><br>**vs.**<br><br>**Lauren J. DeChellis**<br>                    **Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>                    **Trustee** | **BK NO. 21-22143 JAD**<br><br>**Chapter 13**<br><br>**Related to Claim No. 4** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 26, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Lauren J. DeChellis
603 Branchton Road
Slippery Rock, PA 16057

Attorney for Debtor(s)
Kenneth Steidl, Steidl & Steinberg
707 Grant Street, Suite 2830, Gulf Tower (VIA ECF)
Pittsburgh, PA 15219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street (VIA ECF)
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: October 26, 2022

                                            **/s/Brian C. Nicholas Esquire**
                                            Brian C. Nicholas Esquire
                                            Attorney I.D. 317240
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            201-549-5366
                                            bnicholas@kmllawgroup.com